FILED - EASTERN DIVISION
CLERK U.S. DISTRICT COURT

JUN - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Mohammed Hossain,<br><br>  Defendant. | Case No.: EDCR 13-32-JGB<br><br>ORDER OF DETENTION<br>(18 U.S.C. § 3143(a)) |

    Having conducted a detention hearing pursuant to 18 U.S.C. § 3143(a), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_nature and circumstances of offense, advisory_
_USSG range, ties and travel to Bangladesh, approx_
_$1M in forfeitable funds in Bangladesh, both assets,_
_means to flee (businesses and real property)_

and/ or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. §

1

3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending sentencing.

Dated: 6/4/13

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge